UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **MARISOL GARZA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 4:22-cv-609 |
| | § | |
| **TRANSWORLD SYSTEMS INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Transworld Systems Inc. ("TSI"), through undersigned counsel, hereby removes this action from the Harris County – County Civil Court at Law No. 2, State of Texas to the United States District Court for the Southern District of Texas.  In support of this Notice of Removal, TSI states:

1. On January 14, 2022, Plaintiff, Marisol Garza ("Plaintiff"), commenced a civil action in the Harris County – County Civil Court at Law No. 2, State of Texas, entitled and captioned as *Marisol Garza v. Transworld Systems, Inc.,* Civil Action No. 1180228 (hereinafter the "State Court Action").

2. In the Complaint, Plaintiff alleges statutory causes of action against TSI under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*  A true and correct copy of Plaintiff's Original Class Action Petition, along with a copy of the entire record of the State Court Action, is attached hereto in **Exhibit A.**  Therefore, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States

1

and the Court would have supplemental jurisdiction over the state law claims asserted. Because Plaintiff affirmatively alleges violations of the FDCPA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. TSI was served with a copy of the Citation and Petition on January 28, 2022. TSI consents to removal and there are no other defendants in this matter.

4. The time within which TSI is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which TSI was served with a copy of the Summons and Complaint. *See* 28 U.S.C. § 1446.

5. The Harris County – County Civil Court at Law No. 2, State of Texas, is located within the United States District Court for the Southern District of Texas. Therefore, venue for purposes of removal is proper because the United States District Court for the Southern District of Texas embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

6. Written notice of this Notice of Removal of this action is being immediately provided to the Harris County – County Civil Court at Law No. 2, State of Texas. *See* **Exhibit B** attached hereto.

7. Written notice of this Notice of Removal of this action is being caused to be served on all counsel and parties of record, including Plaintiff through her counsel. A list of all counsel to this matter is attached as **Exhibit C** hereto.

WHEREFORE, Defendant, Transworld Systems Inc., hereby gives notice that this action is removed from the Harris County – County Civil Court at Law No. 2, State of Texas, to the United States District Court for the Southern District of Texas.

Dated: February 24, 2022

Respectfully Submitted,

/s/ Charles R. Penot, Jr.
Charles R. Penot, Jr.
SESSIONS, ISRAEL & SHARTLE, LLC
Founders Square
900 Jackson Street, Suite 440
Dallas, TX  75202
Telephone: (214) 205-5660
Facsimile: (214) 741-3098
Email: cpenot@sessions.legal

*Attorney for Defendant,*
*Transworld Systems Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2022, a copy of the foregoing *Notice of Removal* was electronically filed with the Clerk of the Court, United States District Court for the Southern District of Texas, and served via Email upon the following:

Benjamin T. Trotter
Thomasson PLLC - Consumer Protection Lawyers
923 S. Alamo Street, Suite 2
San Antonio, TX  78205-3442
Telephone: (210) 225-4200
Facsimile: (210) 225-4495
Email: ben@thomassonpllc.com

/s/ Charles R. Penot, Jr.
Charles R. Penot, Jr.